```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

         - v. -                 :       INDICTMENT

ANDY SERRANO,                   :       13 Cr.

         Defendant.             :

- - - - - - - - - - - - - - - - x
```

ORIGINAL

13 CRIM 566

### COUNT ONE

The Grand Jury charges:

On or about July 31, 2012, in the Southern District of New York, ANDY SERRANO, the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Smith & Wesson, model 686-5, .357 caliber revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

```
_____          Preet Bharara
FOREPERSON                       _____
                                 PREET BHARARA
                                 United States Attorney
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 25 2013



JUDGE DUFFY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDY SERRANO,

Defendant.

INDICTMENT

13 Cr.

(18 U.S.C. § 922(g)(1))

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

*[signature]*

7/25/13 Filed Indictment.
ae      Case assigned to Judge Duffy
                           Judge Gorenstein
                           (s/VMG)