UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiffs,

- against -                              13 Cr. 566 (KTD)

ANDY SERRANO,

    Defendant
_____/

NOTICE OF MOTION
TO WITHDRAW DEFENDANT'S GUILTY PLEA

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Andy Serrano, the annexed Affirmation of Lawrence H. Schoenbach, Esq., and the accompanying Memorandum of Law, the defendant ANDY SERRANO will move this Court (Duffy, J.) at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York at a date and time convenient for the Court for an Order vacating defendant's previously entered plea of guilty and for such other and further relief as to the Court seems just and proper.

Dated:    New York, New York
             March 21, 2014

        Respectfully submitted,

        LAW OFFICES OF
        LAWRENCE H. SCHOENBACH, PLLC

By:   _____
        LAWRENCE H. SCHOENBACH, ESQ.
        Attorney for ANDY SERRANO
        111 Broadway, Suite 1305
        New York, New York 10006
        (212) 346-2400
        schoenbachlawoffice@att.net


To: Clerk of the Court
    Southern District of New York (via ECF)

    AUSA Andrea M. Griswald, Esq.
    Office of the United States Attorney
    Southern District of New York (via ECF and E-Mail)