

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 21, 2014

**VIA ECF**
The Honorable Kevin T. Duffy
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *United States* v. *Andy Serrano*, 13 Cr. 566 (KTD)

Dear Judge Duffy:

    The Government writes at the request of the Court to confirm that the Government does not intend to call any witnesses in opposition to the defendant's motion to withdraw his guilty plea. For the reasons set forth in the Government's April 15, 2014 submission, the defendant has not met his burden of demonstrating that valid grounds for withdrawal exist. Accordingly, the Government respectfully requests that the defendant's motion should be denied.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney

                                      By: __/s/_____
                                          Andrea M. Griswold
                                          Assistant United States Attorney
                                          (212) 637-1205

cc: Lawrence Schoenbach, Esq. (by email)